NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEPHEN E. HOPKINS, personal )
representative of the Estate of William )
P. Hopkins, II, )
                     )
         Appellant, )
                     )
v. )              Case No. 2D18-183
                     )
NEW TAMPA ASSISTED LIVING )
COMMUNITY, LLC; ANGELS SENIOR )
LIVING AT NEW TAMPA, LLC; )
ANGELS CARE HEALTH SYSTEMS, )
INC., a/k/a Angels Care Health Systems,)
LLC (as to Connerton Court of New )
Tampa n/k/a Angels Senior Living at )
New Tampa, LLC), )
                     )
         Appellees. )
_____ )

Opinion filed November 7, 2018.

Appeal from the Circuit Court for
Hillsborough County; Martha J. Cook,
Judge.

Megan L. Gisclar and Joanna Greber
Dettloff of Wilkes & McHugh, PA, Tampa,
for Appellant.

Daniel S. Weinger, Daniel J. Santaniello,
and Dale J. Paleschic of Luks,
Santaniello, Petrillo & Jones, Fort
Lauderdale, for Appellees.

PER CURIAM.

Affirmed.

LaROSE, C.J., and NORTHCUTT and ROTHSTEIN-YOUAKIM, JJ., Concur.